## CLARK *vs.* L. A. G. B. GRANT.

MOTION to discharge the defendant from arrest. The defendant, whose residence is in the county of Orleans, attended a reference at Rochester, in the county of Monroe, in a cause in which he was a party. The hearing before the referees was closed on the *seventh* day of January, and a report was made on the *ninth* day of January, at 10 o'clock in the morning. The defendant remained in Rochester to hear the report of the referees, and after it was made, was engaged with his counsel in preparing the necessary papers to set the same aside. At five o'clock, P. M. of the *ninth* of January, he was arrested on a capias at the suit of the plaintiff, who was the defendant in the cause which had been submitted to reference, and held to bail. He moved to be discharged from the arrest.

A party attending a reference is entitled to privilege from arrest; but it extends only to a reasonable time after the hearing.

*By the Court,* SUTHERLAND, J. A party attending a reference is entitled to privilege, the same as when attending a trial; but it lasts only during the hearing and a reasonable time after to enable the party to return to his residence. A party might be indulged in remaining to learn the verdict of a jury, who cannot separate, after a cause is committed, until they pronounce a verdict. It is not so with a report of referees. Referees may separate, and a report may not be made until long after the hearing. The party being engaged in preparing to set aside the report, gives him no claim to be exempted from arrest.

Motion denied.